## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: CHAPKO, JAMES M § Case No. 09-13246
CHAPKO, MELISSA A §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $582,686.00 | Assets Exempt: $166,910.00 |
| Total Distribution to Claimants: $12,947.57 | Claims Discharged Without Payment: $144,563.13 |
| Total Expenses of Administration: $3,556.50 | |

3) Total gross receipts of $ 16,504.07 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $16,504.07 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,556.50 | 3,556.50 | 3,556.50 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 161,246.44 | 157,510.70 | 12,947.57 |
| **TOTAL DISBURSEMENTS** | $0.00 | $164,802.94 | $161,067.20 | $16,504.07 |

  4)  This case was originally filed under Chapter 7 on April 14, 2009.
. The case was pending for 16 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as   **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as   **Exhibit 9** .

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/14/2010    By: /s/JOSEPH R. VOILAND
             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Boat 2000 Chaparral 235SSI | 1129-000 | 16,500.00 |
| Interest Income | 1270-000 | 4.07 |
| **TOTAL GROSS RECEIPTS** | | **$16,504.07** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 2,400.22 | 2,400.22 | 2,400.22 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 243.47 | 243.47 | 243.47 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | N/A | 912.81 | 912.81 | 912.81 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,556.50 | 3,556.50 | 3,556.50 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DISCOVER BANK | 7100-000 | N/A | 13,622.85 | 13,622.85 | 1,119.81 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 9,558.74 | 9,558.74 | 785.74 |

**UST Form 101-7-TDR (9/1/2009)**

| Claimant | Code | | | | |
|---|---|---|---|---|---|
| TARGET NATIONAL BANK | 7100-000 | N/A | 610.45 | 610.45 | 50.18 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 27,793.06 | 27,793.06 | 2,284.62 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 13,447.43 | 13,447.43 | 1,105.40 |
| CHASE BANK USA | 7100-000 | N/A | 16,647.90 | 16,647.90 | 1,368.48 |
| CHASE BANK USA | 7100-000 | N/A | 27,348.84 | 27,348.84 | 2,248.11 |
| Von Maur | 7100-000 | N/A | 388.26 | 388.26 | 31.92 |
| Chase Bank USA,N.A | 7100-000 | N/A | 1,304.66 | 1,304.66 | 107.24 |
| Alliant Credit Union | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| Wells Fargo Bank, N.A. | 7100-000 | N/A | 1,867.87 | 0.00 | 0.00 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 1,803.98 | 1,803.98 | 148.29 |
| Wells Fargo Bank, N.A. | 7100-000 | N/A | 1,867.87 | 0.00 | 0.00 |
| Wells Fargo Bank, N.A. | 7100-000 | N/A | 1,867.87 | 1,867.87 | 153.54 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 411.79 | 411.79 | 33.85 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 25,195.90 | 25,195.90 | 2,071.13 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 12,341.44 | 12,341.44 | 1,014.48 |
| PRA Receivables Management, LLC | 7100-000 | N/A | 696.73 | 696.73 | 57.27 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 4,106.87 | 4,106.87 | 337.59 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 363.93 | 363.93 | 29.92 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 161,246.44 | 157,510.70 | 12,947.57 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-13246  
**Case Name:** CHAPKO, JAMES M  
CHAPKO, MELISSA A  
**Period Ending:** 08/14/10  

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 04/14/09 (f)  
**§341(a) Meeting Date:** 06/01/09  
**Claims Bar Date:** 09/08/09  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Location: 3310 Blackhawk, Single Family Home | 425,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | STC Capital Bank checking account | 900.00 | 0.00 | DA | 0.00 | FA |
| 3 | Alliant Credit Union savings account | 150.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc household furniture & appliances: TV, washe | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing | 130.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc jewerly pieces | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Camera | 180.00 | 0.00 | DA | 0.00 | FA |
| 8 | Firearms Remington 3006 | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Misc sports equipment | 170.00 | 0.00 | DA | 0.00 | FA |
| 10 | old shotgun (not working condition, sentimental | 20.00 | 0.00 | DA | 0.00 | FA |
| 11 | 401K | 107,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | IRA | 300.00 | 0.00 | DA | 0.00 | FA |
| 13 | 403B Plan Annuity | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | IRA | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2008 tax refund | 3,586.00 | 126.00 | DA | 0.00 | FA |
| 16 | 2003 Ford F250 98,425 miles | 6,575.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2005 Infinity QX56 42,248 miles | 18,875.00 | 0.00 | DA | 0.00 | FA |
| 18 | Boat 2000 Chaparral 235SSI | 12,000.00 | 12,000.00 | | 16,500.00 | FA |
| 19 | computer, printer | 200.00 | 0.00 | DA | 0.00 | FA |
| 20 | Tools | 200.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 4.07 | Unknown |
| 21 | Assets   Totals (Excluding unknown values) | **$594,686.00** | **$12,126.00** | | **$16,504.07** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-13246  
**Case Name:** CHAPKO, JAMES M  
CHAPKO, MELISSA A  
**Period Ending:** 08/14/10

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 04/14/09 (f)  
**§341(a) Meeting Date:** 06/01/09  
**Claims Bar Date:** 09/08/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 15, 2010      **Current Projected Date Of Final Report (TFR):** June 15, 2010

Printed: 08/14/2010 10:02 AM      V.12.08

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-13246  
**Case Name:** CHAPKO, JAMES M  
CHAPKO, MELISSA A  
**Taxpayer ID #:** **-***0610  
**Period Ending:** 08/14/10

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****31-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/16/09 | {18} | American Auction Associates, Inc. | auction proceeds - boat sale | 1129-000 | 16,500.00 | | 16,500.00 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 16,500.22 |
| 11/13/09 | 1001 | AMERICAN AUCTION ASSOCIATES, INC. | payment of auctioneer expenses | 3620-000 | | 912.81 | 15,587.41 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 15,588.08 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 15,588.73 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 15,589.34 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 15,589.93 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 15,590.62 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.40 | | 15,591.02 |
| 04/20/10 | | Wire out to BNYM account 9200******3165 | Wire out to BNYM account 9200******3165 | 9999-000 | -15,591.02 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 912.81 | 912.81 | $0.00 |
| | | | Less: Bank Transfers | | -15,591.02 | 0.00 | |
| | | | **Subtotal** | | 16,503.83 | 912.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,503.83** | **$912.81** | |

{} Asset reference(s)

Printed: 08/14/2010 10:02 AM V.12.08

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-13246  
**Case Name:** CHAPKO, JAMES M  
                CHAPKO, MELISSA A  
**Taxpayer ID #:** **-***0610  
**Period Ending:** 08/14/10

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******31-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3165 | Wire in from JPMorgan Chase Bank, N.A. account ********3165 | 9999-000 | 15,591.02 | | 15,591.02 |
| 04/27/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 0.24 | | 15,591.26 |
| 04/27/10 | | To Account #9200******3166 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 15,591.26 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,591.26 | 15,591.26 | $0.00 |
| | | | Less: Bank Transfers | | 15,591.02 | 15,591.26 | |
| | | | **Subtotal** | | 0.24 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.24** | **$0.00** | |

{} Asset reference(s)                                                               Printed: 08/14/2010 10:02 AM    V.12.08

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-13246  
**Case Name:** CHAPKO, JAMES M  
CHAPKO, MELISSA A  
**Taxpayer ID #:** \*\*-\*\*\*0610  
**Period Ending:** 08/14/10

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*31-66 - Checking Account  
**Blanket Bond:** $50,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/27/10 |  | From Account #9200\*\*\*\*\*\*3165 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 15,591.26 |  | 15,591.26 |
| 04/27/10 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $243.47, Trustee Expenses;  Reference: | 2200-000 |  | 243.47 | 15,347.79 |
| 04/27/10 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $2,400.22, Trustee Compensation;  Reference: | 2100-000 |  | 2,400.22 | 12,947.57 |
| 04/27/10 | 103 | DISCOVER BANK | Dividend paid   8.22% on $13,622.85; Claim# 1; Final distribution | 7100-000 |  | 1,119.81 | 11,827.76 |
| 04/27/10 | 104 | Recovery Management Systems Corporation | Dividend paid   8.22% on $9,558.74; Claim# 2; Final distribution | 7100-000 |  | 785.74 | 11,042.02 |
| 04/27/10 | 105 | TARGET NATIONAL BANK | Dividend paid   8.22% on $610.45; Claim# 3; Final distribution | 7100-000 |  | 50.18 | 10,991.84 |
| 04/27/10 | 106 | PYOD LLC its successors and assigns as assignee of | Dividend paid   8.22% on $27,793.06; Claim# 4; Final distribution | 7100-000 |  | 2,284.62 | 8,707.22 |
| 04/27/10 | 107 | PYOD LLC its successors and assigns as assignee of | Dividend paid   8.22% on $13,447.43; Claim# 5; Final distribution | 7100-000 |  | 1,105.40 | 7,601.82 |
| 04/27/10 | 108 | CHASE BANK USA | Dividend paid   8.22% on $16,647.90; Claim# 6; Final distribution | 7100-000 |  | 1,368.48 | 6,233.34 |
| 04/27/10 | 109 | CHASE BANK USA | Dividend paid   8.22% on $27,348.84; Claim# 7; Final distribution | 7100-000 |  | 2,248.11 | 3,985.23 |
| 04/27/10 | 110 | Von Maur | Dividend paid   8.22% on $388.26; Claim# 8; Final distribution | 7100-000 |  | 31.92 | 3,953.31 |
| 04/27/10 | 111 | Chase Bank USA,N.A | Dividend paid   8.22% on $1,304.66; Claim# 9; Final distribution | 7100-000 |  | 107.24 | 3,846.07 |
| 04/27/10 | 112 | PYOD LLC its successors and assigns as assignee of | Dividend paid   8.22% on $1,803.98; Claim# 12; Final distribution | 7100-000 |  | 148.29 | 3,697.78 |
| 04/27/10 | 113 | Wells Fargo Bank, N.A. | Dividend paid   8.22% on $1,867.87; Claim# 13-2; Final distribution | 7100-000 |  | 153.54 | 3,544.24 |
| 04/27/10 | 114 | Recovery Management Systems Corporation | Dividend paid   8.22% on $411.79; Claim# 14; Final distribution | 7100-000 |  | 33.85 | 3,510.39 |
| 04/27/10 | 115 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid   8.22% on $25,195.90; Claim# 15; Final distribution | 7100-000 |  | 2,071.13 | 1,439.26 |
| 04/27/10 | 116 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid   8.22% on $12,341.44; Claim# 16; Final distribution | 7100-000 |  | 1,014.48 | 424.78 |
| 04/27/10 | 117 | PRA Receivables Management, LLC | Dividend paid   8.22% on $696.73; Claim# 17; Final distribution | 7100-000 |  | 57.27 | 367.51 |
| 04/27/10 | 118 | Recovery Management Systems Corporation | Dividend paid   8.22% on $4,106.87; Claim# 18; Final distribution | 7100-000 |  | 337.59 | 29.92 |
| 04/27/10 | 119 | Recovery Management Systems | Dividend paid   8.22% on $363.93; Claim# 19; | 7100-000 |  | 29.92 | 0.00 |
|  |  |  | Subtotals : | | $15,591.26 | $15,591.26 | |

{} Asset reference(s)

Printed: 08/14/2010 10:02 AM     V.12.08

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-13246  
**Case Name:** CHAPKO, JAMES M  
CHAPKO, MELISSA A  
**Taxpayer ID #:** **-***0610  
**Period Ending:** 08/14/10

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******31-66 - Checking Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Corporation | Final distribution | | | | |
| | | | **ACCOUNT TOTALS** | | 15,591.26 | 15,591.26 | $0.00 |
| | | | Less: Bank Transfers | | 15,591.26 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 15,591.26 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$15,591.26** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****31-65** | 16,503.83 | 912.81 | 0.00 |
| **MMA # 9200-******31-65** | 0.24 | 0.00 | 0.00 |
| **Checking # 9200-******31-66** | 0.00 | 15,591.26 | 0.00 |
| | **$16,504.07** | **$16,504.07** | **$0.00** |

{} Asset reference(s)

Printed: 08/14/2010 10:02 AM  V.12.08